UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   19-06153 |
| TIMOTHY CASIN | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER GRANTING MOTION TO MODIFY PLAN

This matter coming before the court on the Debtor's Motion to Modify Plan, due notice having been given to all parties in interest, and the court being fully advised, IT IS ORDERED:

1) The motion is granted.  The requirement that the Debtor turn over his tax refund for the 2020 tax year is waived.

2) Section 2.3 of the confirmed plan is modified to remove the requirement to turn over the full income tax refund each year is replaced with "On or before April 20th of the year following the filing of the case and each year thereafter, the Debtor(s) shall submit a copy of the prior year's filed federal tax return to the Chapter 13 Trustee. The Debtor(s) shall tender the amount of any tax refund received while the case is pending in excess of $1,200.00 to the Trustee. The tax refunds shall be treated as additional payments into the plan and must be submitted within 7 (seven) days of receipt of each such refunds by the Debtor(s)."

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated:  November 09, 2021

**Prepared by:**

Dustin B. Allen (Bankruptcy Help Desk)
ARDC#6312451